**NACMIAS LAW FIRM PLLC**

592 PACIFIC STREET. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

March 13, 2024

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
(212) 805-0290
Failla_NYSDChambers@nysd.uscourts.gov



Re:   *VOLFMAN v. SOHOGOZO LLC d/b/a LA DIASPORA and BAXTER REALTY GROUP LLC*
      **DOCKET NO. 1:24-cv-00123-KPF**

Dear Judge Failla,

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write to request an adjournment of the initial pretrial conference and extension of time to submit a joint proposed case management plant and scheduling order. This is plaintiff's first request for this relief.

An initial pretrial conference is scheduled for March 22, 2024. On March 1, 2024, defendants' insurance carrier reached out to our office and informed plaintiff they are currently assigning counsel for representation in this action. The undersigned therefore respectfully requests that Your Honor allow the parties thirty (30) days in order to allow the insurance carrier to assign counsel and for the defendants to appear on this case.

Thank you for your time and consideration on this matter.

Respectfully,

Andre Autz, Esq.
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
aautz@nacmiaslaw.com
917-602-6057

Application GRANTED.  The initial pretrial conference currently scheduled for March 22, 2024, is hereby ADJOURNED to **May 22, 2024**, at **10:00 a.m.**

Plaintiff is advised to file an affidavit of service as to Defendants on the docket pursuant to Federal Rule of Civil Procedure 4(l), or, if Defendants have waived service, to file such waiver, to ensure Plaintiff's compliance with Rule 4(m).

The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated:   March 14, 2024              SO ORDERED.
         New York, New York

                                     *Katherine Polk Failla*

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE