NACMIAS LAW FIRM PLLC

592 PACIFIC STREET, 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

March 17, 2024

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
(212) 805-0290
Failla_NYSDChambers@nysd.uscourts.gov



**MEMO ENDORSED**

Re: *VOLFMAN v. SOHOGOZO LLC d/b/a LA DIASPORA and BAXTER REALTY GROUP LLC*
**DOCKET NO. 1:24-cv-00123-KPF**

Dear Judge Failla,

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write to request an adjournment of the initial pretrial conference and extension of time to submit a joint proposed case management plant and scheduling order. This is plaintiff's second request for this relief.

An initial pretrial conference is scheduled for May 22, 2024. Defendant has informed us that they have hired an attorney however, counsel has not appeared or reach out to our office. The undersigned therefore respectfully requests that Your Honor allow an additional thirty (30) days in order to allow for the defendants to appear on this case or for Plaintiff to move for default judgment.

Thank you for your time and consideration on this matter.

Respectfully,

Andre Autz, Esq.
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
aautz@nacmiaslaw.com
917-602-6057

Application GRANTED.  The deadline for Defendant to answer or otherwise respond to the complaint is hereby ADJOURNED to **June 21, 2024.**  The initial pretrial conference currently scheduled for **May 22, 2024,** and all associated deadlines, are hereby ADJOURNED *sine die*, pending further order of the Court, which will issue an order rescheduling the conference once Defendant appears and responds to the complaint.

The Clerk of Court is directed to terminate the pending motion at docket entry 12.

Dated:     May 20, 2024            SO ORDERED.
           New York, New York

                                   *Katherine Polk Failla*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE